[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**May 9, 2005**
**THOMAS K. KAHN**
**CLERK**

No. 04-15927
Non-Argument Calendar

_____

D.C. Docket No. 04-20366-CR-JAL

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS OSPINA,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

**(May 9, 2005)**

Before CARNES, MARCUS and GODBOLD, Circuit Judges

PER CURIAM:

David J. Joffe, retained counsel for Luis Ospina in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ospina's conviction and sentence are **AFFIRMED.**